

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Neil O. Yelderman, Appellant

No. 06-21-00039-CV      v.

The State of Texas, Appellees

Appeal from the County Court at Law No. 1 & Probate Court of Brazoria County, Texas (Tr. Ct. No. CI60943). Memorandum Opinion delivered by Justice Burgess, Chief Justice Morriss and Justice Stevens participating.

As stated in the Court's opinion of this date, we find no error in the judgment of the court below. We affirm the judgment of the trial court.

We further order that the appellant, Neil O. Yelderman, pay all costs incurred by reason of this appeal.

RENDERED NOVEMBER 22, 2021
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk